UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DGFGFFGFGGGIVISION

RASHAUN JOHNSON-PEEL,

        Plaintiff(s),        CASE NUMBER: 09-14233
                                 HONORABLE VICTORIA A. ROBERTS

v.

DEBRA SCUTT,

        Defendant(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On April 14, 2011, Magistrate Judge Paul Komives submitted a Report and Recommendation (Doc. #10) recommending the Court deny Petitioners' Application for Writ of Habeas Corpus and Deny Petitioner a Certificate of Appealability.  Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Petitioner's Application for Writ of Habeas Corpus is **DENIED**.  The Court declines to issue a Certificate of Appealability.

**IT IS ORDERED**.


                                                 /s/ Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated:  June 14, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 14, 2011.

s/Linda Vertriest
Deputy Clerk